■ PHILIP J. SUTTER, Appellant, v NEAL NELSON et al., Respondents.—In a negligence action to recover damages for personal injuries, the plaintiff appeals from a judgment of the County Court, Nassau County (Fertig, J.), dated April 22, 1985, which is in favor of the defendants and against him, based upon the plaintiff's failure to establish a prima facie case of damages.

Ordered, that the judgment is reversed, with costs, and a new trial is granted on the issue of damages.

In light of the established merit of the liability phase of the

plaintiff's claim, the diligence exercised by the plaintiff's counsel, the short delay requested, and the importance of the testimony in issue, the continuance requested should have been granted *(see, Gombas v Roberts,* 104 AD2d 521; *Wilson v Wilson,* 97 AD2d 897; *Balogh v H.R.B. Caterers,* 88 AD2d 136). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.